UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DENNIS CROWLEY, JIM MOORE, BRANDON MARTYNOWICZ, DAVID COHEN, ARMANDO LLUCH, JERICHO GREEN, STEPHEN HUTTON, ALLESANDRO BRIGLIA, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>  vs.<br><br>FACTOR 5, INC.; FACTOR 5, LLC; BLUHARVEST, LLC; WHITEHARVEST, LLC; JULIAN EGGEBRECHT; HOLGER SCHMIDT; THOMAS ENGEL; and DOES 1-100,<br><br>       Defendants. | Case No: C 11-05528 SBA<br><br>**DISMISSAL ORDER**<br><br>Docket 18 |

On May 7, 2014, the Court issued an order granting the individual Defendants'[1] Motion to Quash Service and Dismiss Complaint under Rule 4(m) of the Federal Rules of Civil Procedure. Dkt. 17.  In that order, the Court directed Plaintiffs to show cause why Factor 5, Inc. and Factor 5, LLC should not be dismissed from this action under Rule 4(m) for failure to timely effect service.  Id.  The Court further directed Plaintiffs to show cause why the instant action should not be dismissed in its entirety for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.  Id.  However, the order also provided that:  "In lieu of filing a memorandum showing cause, Plaintiffs may move to voluntarily dismiss the instant action under Rule 41(a)."  Id.

---

[1] The individual Defendants are:  Julian Eggebrecht ("Eggebrecht"), Holger Schmidt ("Schmidt"), and Thomas Engel ("Engel") (collectively, "individual Defendants").

1  On May 14, 2014, Plaintiffs filed a Motion for Voluntary Dismissal of Action
2  Without Prejudice, Conditions, or Costs under Rule 41(a)(2).  Dkt. 18.  Under Civil Local
3  Rule 7-3 any opposition to the instant motion was due on May 28, 2014.  To date, no
4  opposition has been filed.
5  Accordingly,
6  IT IS HEREBY ORDERED THAT:
7  1.   Plaintiffs' Motion for Voluntary Dismissal of Action Without Prejudice,
8  Conditions, or Costs is GRANTED.
9  2.   The Clerk shall close the file and terminate any pending matters.
10 IT IS SO ORDERED.
11 Dated:  6/5/2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge